UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAG. NO.** _____ |
| | : | |
| v. | : | |
| | : | **UNDER SEAL** |
| **IKELA M. DEAN,** | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION TO FILE AFFIDAVIT IN SUPPORT OF SEARCH WARRANT AND ARREST WARRANT, AND SUPPORTING PLEADINGS, UNDER SEAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the Affidavit in Support of the Search Warrant for the office Ikela M. Dean, and the Affidavit in Support of an Arrest Warrant for Ikela M. Dean, be placed under seal until the search and arrest have been completed. For the same reasons discussed below, the government further requests that the instant Motion to File this Affidavit and the resulting Order be placed under seal by the Court until further Order of the Court.

The government plans to search the office of Ms. Dean on September 13, 2007, or as soon thereafter as possible. Ms. Dean is to be arrested at the same time as the planned search. The government is not sure, however, whether the government will be able to arrest her on that day. If the defendant learns of her impending arrest and searches beforehand, the government fears that she may attempt to avoid being arrested, or may otherwise flee the jurisdiction, and may hide items that otherwise might be found during the search.

The government further requests that this motion, the affidavit, and resulting Orders be filed under seal to protect the law enforcement officials who will be involved in the execution of the arrest and search warrants, as well as any civilians who may be in the area when the warrants are executed.

Wherefore, the government requests that this motion, the affidavit, and the resulting Order be placed under seal. A proposed Order is attached for the Court's signature.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    UNITED STATES ATTORNEY

By: _____
      TIMOTHY G. LYNCH
      D.C. Bar No. 456506
      Assistant United States Attorney
      555 4th Street, N.W.,
      Washington, D.C. 20530
      (202) 353-4862

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Mag. NO.** _____ |
| | : | |
| v. | : | |
| | : | **UNDER SEAL** |
| **IKELA M. DEAN,** | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of the government's motion for leave to file the Affidavits in Support of Search and Arrest Warrants in the this matter under seal, as well as sealing its Motion to Seal and the resulting Order, and for good cause shown therefor, it is hereby

**ORDERED** that the government's Affidavits in Support of Criminal Search and Arrest Warrants, the government's Motion to Seal, and this Order, shall be, until further Order of this Court, **SEALED**.

**SO ORDERED**, this _____ day of September, 2007

_____
THE HONORABLE
UNITED STATES MAGISTRATE JUDGE

Serve: Timothy G. Lynch
      Assistant United States Attorney
      555 4th Street, N.W., Room 5235
      Washington, D.C. 20530
      Fax: (202) 307-2304
      e-mail: timothy.lynch2@usdoj.gov