UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Mag. NO. 07-447 M |
| v. : | |
| : | UNDER SEAL |
| IKELA M. DEAN, : | |
| : | **FILED** |
| Defendant. : | SEP 1 3 2007 |
| ORDER | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

Upon consideration of the government's motion for leave to file the Affidavits in Support of Search and Arrest Warrants in the this matter under seal, as well as sealing its Motion to Seal and the resulting Order, and for good cause shown therefor, it is hereby

**ORDERED** that the government's Affidavits in Support of Criminal Search and Arrest Warrants, the government's Motion to Seal, and this Order, shall be, until further Order of this Court, **SEALED**.

**SO ORDERED**, this _13th_ day of September, 2007

_____
THE HONORABLE
UNITED STATES MAGISTRATE JUDGE
John M. Facciola
U.S. Magistrate Judge

Washington, D.C.

Serve: Timothy G. Lynch
Assistant United States Attorney
555 4th Street, N.W., Room 5235
Washington, D.C. 20530
Fax: (202) 307-2304
e-mail: timothy.lynch2@usdoj.gov