AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

Ikela Marcea Dean

UNDER SEAL

**WARRANT FOR ARREST**

CASE NUMBER: 07-447 M

**FILED**

SEP 14 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Ikela Marcea Dean__
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  X Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Receipt of Bribe by a Public Official, in violation of Title 18 United States Code, Section 201(b)(2)(A).

John M. Facciola
U.S. Magistrate Judge
Name of Issuing Officer

/s/ John M. Facciola
Signature of Issuing Officer

Title of Issuing Officer

9/13/07                    Washington, D.C.
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED  09/13/07 | NAME AND TITLE OF ARRESTING OFFICER  DL BALDWIN  SDUSM/DC/DC | SIGNATURE OF ARRESTING OFFICER  /s/ DB |
| DATE OF ARREST  9-14-07 | | |