UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 07-mj-447  (JMF) |
| | : | |
| **IKELA DEAN** | : | |

**JOINT MOTION TO CONVENE STATUS HEARING TO ALLOW DEFENDANT TO ASK THE COURT TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

1. The Defendant's Preliminary Hearing is presently scheduled for October 4, 2007.

2. The Defendant is undergoing discussions with the Government to resolve this matter, and the parties expect their discussions to be competed in the next 30 days.

3. The parties therefore request the Court to convene a status hearing in this matter on Monday October 24, 2007, to allow the Defendant to execute a 30 day waiver of 18 U.S.C. § 3161 (the Speedy Trial Act).

4. The Government, per Assistant United States Attorney Tim Lynch, joins in this request.

Respectfully submitted,
A.J. KRAMER
Federal Public Defender

\_\_\_\_/s/_____
DAVID W. BOS.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Crim No. 07-mj-447 (JMF) |
| ) | |
| IKELA DEAN ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of defendant's motion to convene a status hearing in this case for the purposes of having the Defendant execute a Speedy Trial Act waiver, it is this _____ day of September, 2007,

**ORDERED** that a status hearing in this case shall be convened on September 24, 2007, at _____ .m.

_____
JOHN FACCIOLA
UNITED STATES MAGISTRATE JUDGE

cc:

David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Tim Lynch
Assistant United States Attorney
555 4th Street, N.W.

Washington, D.C. 20001